# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

v.  Criminal No. 3:18-CR-54

**SAMUEL HOGANS**  Violations: 18 U.S.C. § 1791(a)(2)
**Defendant.**  18 U.S.C. § 1791(b)(3)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Possessing Contraband in Prison)

On or about August 11, 2018, in Berkeley County, in the Northern District of West Virginia, defendant **SAMUEL HOGANS,** an inmate of the Eastern Regional Jail, a facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, possessed a prohibited object, to wit an object designed or intended to be used as a weapon, commonly described as a shank; in violation of Title 18, United States Code, Section 1791(a)(2) and 1791(b)(3).

A true bill,

/s/\
Grand Jury Foreperson

/s/\
WILLIAM J. POWELL\
UNITED STATES ATTORNEY

Paul T. Camilletti\
Assistant United States Attorney

*FILED SEP 18 2018 U.S. DISTRICT COURT-WVND MARTINSBURG, WV 25401*